ELEANOR A. GREBE, Respondent, *v.* WILLIAM E. HALL, Appellant, Impleaded with Another.

(Submitted September 30, 1929; decided October 15, 1929.)

*Milton M. Eiscnberg* and *Ralph Weller* for appellant. *Maurice Janklow* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.